UNPUBLISHED ORDER
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

Decided March 27, 2006

**Before**

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 04-1517

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 02 CR 980 |
| RICHARD GOODWIN, *Defendant-Appellant.* | Matthew F. Kennelly, *Judge.* |

### O R D E R

This court ordered a limited remand so the district court could state on the record whether the sentence remains appropriate now that *United States v. Booker*, 543 U.S. 220 (2005), has limited the guidelines to advisory status. *See United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005).

The district judge has now replied that he would today impose the same sentence, knowing of the guidelines' advisory status. The range under the guidelines is 235 to 293 months, and Goodwin's sentence of 235 months is the lowest possible guidelines sentence. Neither the defendant nor the government have responded to our invitation to file an argument concerning the appropriate disposition of the appeal in light of the district court's response. We do not see any reason why Goodwin's sentence would be deemed unreasonable in post-*Booker* practice. The judgment of the district court therefore is AFFIRMED.